**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NOVA CASUALTY CO., <br><br> *Plaintiff*, <br><br> v. <br><br> MJR MESSENGER INC., <br><br> *Defendant*. | CIVIL ACTION <br> NO. 15-01411 |

<u>**ORDER**</u>

**AND NOW**, this 27th day of August, 2015, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 7), and Defendant's failure to respond thereto, it is hereby **ORDERED** that:

1. The Motion for Default Judgment is **GRANTED**;

2. Judgment is **ENTERED** in favor of Plaintiff Nova Casualty Company.  Plaintiff is entitled to a reimbursement of $350,000 from Defendant for the monies Plaintiff paid on Defendant's behalf to settle the case of *Pisano v. MJR Messenger, Inc.*, Civil Dkt. No. 03756, October Term 2012 (Pa. Ct. Com. Pl.); and

3. The Clerk of Court is directed to close this case.

BY THE COURT:


<u>*/s/ Gerald J. Pappert*</u>
GERALD J. PAPPERT, J.